IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN ANTHONY MITCHELL,

      Plaintiff,

v.                                CASE NO. 4:08-cv-00266-MP-WCS

FIGUEROA, FORREST, LINERO, WALTER A MCNEIL, WALTER MEJIA, WALTER
MEJIA, PERKINS, PETERS, RIVERA, TRAMAINE SEALY, TITUS, JASON TYUS, LUIS
ZAVALETA,

      Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 113, a second Report and Recommendation of the

Magistrate Judge, recommending that this matter be transferred to the Southern District of

Florida.  The time for filing objections has passed, and none have been filed.

      Previously, in Doc. 105, Report and Recommendation of the Magistrate Judge, the

Magistrate Judge recommended that this case be transferred to the Southern District of Florida.

In that Report and Recommendation, the Magistrate Judge concentrated on Plaintiff's apparent

willingness to relinquish his injunctive relief claims for daily kosher meals, rather than on his

injunctive relief claims for such meals only during the 8 days of passover.  The undersigned was

concerned, however, that from reading the Report and Recommendation and the objections that

the Magistrate Judge thought that Plaintiff was giving up all injunctive relief claims (for both

year-round kosher meals and passover-week-only kosher meals), while the Plaintiff intended to

only give up his injunctive relief claims regarding year-round kosher meals on a daily basis.  To

ensure that this issue was decided clearly, the undersigned remanded the matter to the

Magistrate Judge to determine whether transfer remains appropriate based on Plaintiff's clarification in his objections.  The Court also asked the Magistrate Judge to offer a recommendation the motion for extension of time found at Doc. 109.

The Magistrate Judge has now determined that Plaintiff's present claims involve only monetary damages for a past event that occurred within the Southern District, not any request of future injunctive relief.  As the Magistrate Judge points out, whether or not Plaintiff should be allowed to amend his complaint to add such injunctive claims is a question best addressed by the receiving court.  Accordingly, as both parties consent to the transfer, it is hereby

**ORDERED AND ADJUDGED:**

(1) that Plaintiff's amended motion to transfer venue and for stay, doc. 104, is **GRANTED** to the extent set out above;

(2) that any claim for denial of daily Kosher meals is **DISMISSED**;

(3) that any latent request for injunctive relief is **DISMISSED**;

(4) that Defendants' motion for an extension of time, doc. 109, is **GRANTED** and Defendants are given 60 days in which to file a dispositive motion after the transfer of this action; and

(5) that this case is **TRANSFERRED** to the Southern District of Florida for all further proceedings as venue is now proper pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1404(a).

**DONE AND ORDERED** this  _22nd_  day of September, 2009



_____
_s/Maurice M. Paul_____
Maurice M. Paul, Senior District Judge